UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60358-CIV-COHN/SELTZER

UNITED PENTECOSTAL CHURCH
(APOSTOLIC FAITH), INC., a Florida
not-for-profit corporation, and PASTOR
G. OLIVER BARNES,

    Plaintiffs,
vs.

CITY OF SUNRISE,

    Defendant.
_____/

## ORDER STAYING ACTION

**THIS CAUSE** is before the Court upon the Plaintiffs' Suggestion of Bankruptcy [DE 24]. The Court having carefully reviewed the filing and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause is hereby **STAYED** pursuant to Section 362 of the United States Bankruptcy Code, 11 U.S.C. § 362;

2. The Clerk may **CLOSE** this case for statistical purposes;

3. The Court will retain jurisdiction over the matter, and the case shall be reopened upon Motion of either party or the Court's own motion if circumstances change so that this action may proceed to final disposition;

1

4. Plaintiff shall file a status report on or about **October 1, 2010**, if no motion to reopen has been filed by that date.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of July, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel listed on CM/ECF